UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:09-CR-64 |
| ) | (Phillips) |
| ESTHER ELIZABETH McCALEBB- ) | |
| PIPPENS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

On May 24, 2010, the Honorable H. Bruce Guyton, United States Magistrate Judge, filed a Report and Recommendation ("R&R") [Doc. 245] in which he recommended to deny Defendant's Motion to Suppress [Doc. 231]. The parties appeared before Judge Guyton for an evidentiary hearing on April 23, 2010. On May 24, 2010, Judge Guyton filed the R&R [Doc. 245]. Neither party filed objections.

Having reviewed the R&R [Doc. 245], the Court finds itself in agreement with Judge Guyton's analysis of the legal issues. Consequently, the R&R [Doc. 245] will be **ACCEPTED IN WHOLE**. Accordingly, for the reasons articulated by Judge Guyton in the R&R [Doc. 245], Defendant's Motion to Suppress [Doc. 231] is **DENIED**.

    IT IS SO ORDERED.

                          ENTER:

                                      s/ Thomas W. Phillips
                                 United States District Judge